tory writ of mandamus against James .G. Tighe, as magistrate, etc. No opinion. Order affirmed, with $10 costs and disbursements.

BYRNE et al., Appellants, v. BESTON, Respondent. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Joseph M. Byrne, Henry T. McCoun, and Harold Herrick against Rafala S. Beston. No opinion. Judgment unanimously affirmed, with costs.

BYRNE et al., Respondents, v. WEIDEN-FELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Frank P. Byrne and others, as executors of the will of John Byrne, deceased, against Camille Weidenfeld and others. No opinion. Motion denied.

In re CALDWELL et al. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) In the matter of the judicial settlement of the accounts of Frank R. Caldwell and another, as executors, etc., of Charles W. Garlock, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs to the respondent, Elizabeth A. Garlock, payable out of the estate. No other costs allowed.

CALVIN, Respondent, v. NESBITT, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Margaret E. Calvin against Earl Nesbitt, as trustee, etc. No opinion. Judgment and order affirmed, with costs.

CAMPBELL et al., Appellants, v. EMSLIE, Respondent. (Supreme Court, Appellate Division, First Department. July 12. 1906.) Action by John A. Campbell and others against James Emslie. F. Pierce, for appellants. W. McArthur, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CANNICE, Appellant, v. TILDEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Iacuzza Cannice, as, etc,, against George T. Tilden and another.
PER CURIAM. Judgment and order affirmed, with costs.
NASH, J., not sitting.

CANTIN, Respondent, v. CANTIN, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Actions by Eugene J. Cantin against Louis de M. Cantin. No opinion. Motions to dismiss appeal granted, unless appeal is perfected within 15 days; case to be placed at the foot of the September calendar. On compliance, motions denied.

CAREY v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by John Carey against the Manhattan Railway Company. No opinion. Motion granted. Order signed.

CASSIDY, Respondent, v. SAUER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Action by John C. Cassidy, as, etc., against Charles Sauer and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. Questions to be certified for review to be settled by and before Mr. Justice Williams on two days' notice.

CAULFIELD, Appellant, v. CAULFIELD et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by George M. Caulfield against Robert A. Caulfield and others. No opinion. Judgment affirmed, with costs.

CEBALLOS et al., Respondents, v. MUNSON S. S. LINE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Juan M. Ceballos and others against the Munson Steamship Line. No opinion. Motion granted.

CENTRAL TRUST CO. OF NEW YORK v. PITTSBURG. S. & N. R. CO. et al. COCHRAN et al., Appellants, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Actions by the Central Trust Company of New York against the Pittsburg, Shawmut & Northern Railroad Company and others, and Frederick B. Cochran and others, etc., against Frank Sullivan Smith, as, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements. *Held*, it appearing that the expenditures authorized were very properly limited to those which seem to be necessary for the safe and present operation of the railroad, and that the value of the lien of the appellants will not be materially affected thereby, we concur in the direction exercised by the Special Term.

CENTRAL TRUST CO. OF NEW YORK v. PITTSBURG, S. & N. R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by the Central Trust Company of New York against the Pittsburg, Shawmut & Northern Railroad Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CHAMBERS. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Bernard Chambers. No opinion. Reference ordered. Settle order on notice.

CHAMBERS, Respondent, v. BOYD, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Sidney C. Chambers against George B. Boyd, as executor, etc. No opinion. Motion to dismiss appeal denied, on payment of $10 costs, and leave given to appellant to apply to the court below to open his default. Order filed.

In re CHAPMAN. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the application of